Edward J. Dauber, Esq.
Linda G. Harvey, Esq.
GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
One Gateway Center, Suite 600
Newark, New Jersey 07102
edauber@greenbergdauber.com
lharvey@greenbergdauber.com
(973) 643-3700

*Attorneys for Plaintiffs Avi Avraham Zinger and American Quality Products Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AVI AVRAHAM ZINGER,** and **AMERICAN QUALITY PRODUCTS LTD.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC.** and **CONOPCO, INC.,**<br><br>Defendants. | Civil Case No.: 2:22-cv-01154-KM-JBC<br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

TO:   Gary A. Bornstein
      Cravath Swaine & Moore LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019-7475
      212-474-1000
      gbornstein@cravath.com
      *Counsel for Defendants*

**PLEASE TAKE NOTICE** that on April 4, 2022, or as soon thereafter as this matter may

be heard, Plaintiffs Avi Avraham Zinger and American Quality Products Ltd., by their attorneys,

Greenberg Dauber Epstein & Tucker, P.C., pursuant to Rule 65 of the Federal Rules of Civil Procedure, will apply to the Hon. Kevin McNulty, U.S. District Court Judge, at the United States Post Office Courthouse Building, Federal Square, Newark, New Jersey, for an Order Preliminarily Enjoining Defendants from terminating or non-renewing the License Agreement and business relationship between the parties until further order of the Court and keeping the License Agreement and business relationship between the parties in place, and maintaining the status quo, pending the resolution of this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, plaintiff shall rely upon the accompanying supporting Memorandum of Law in Support of the Motion for Preliminary Injunction, the Declaration of Avi Avraham Zinger and supporting exhibits, and the Declaration of Linda G. Harvey, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

Plaintiffs respectfully request oral argument if opposition is submitted.

Dated: March 11, 2022

Greenberg Dauber Epstein and Tucker
Attorneys for Plaintiffs

By: _____
Edward J. Dauber, Esq.

And

By: _____
Linda G. Harvey, Esq.

*Of Counsel:*
Nathan Lewin, *Pro Hac Vice* application forthcoming.
LEWIN & LEWIN, LLP
888 17th Street, NW
Fourth Floor
Washington, DC 20006

(202)828-1000

L. Rachel Lerman, *Pro Hac Vice* application forthcoming.
Alyza D. Lewin
The Louis D. Brandeis Center
For Human Rights Under Law
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
(202)559-9296

L. Marc Zell, Adv., *Pro Hac Vice* application forthcoming.
Zell, Aron & Co.
34 Ben Yehuda Street
15th Floor
Jerusalem 9423001
ISRAEL
Tel.:  +972-2-633-6300
Email:  mzell@fandz.com