UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AVI AVRAHAM ZINGER, <br><br> *and* <br><br> AMERICAN QUALITY PRODUCTS LTD., <br><br>                                *Plaintiffs* <br><br>        *v.* <br><br> BEN & JERRY'S HOMEMADE, INC. <br><br> *and* <br><br> UNILEVER UNITED STATES, INC. <br><br> *and* <br><br> CONOPCO, INC., <br><br>                                *Defendants* | Civil Case No.: <br><br> 2:22cv01154(KM)(JBC) <br><br> **CERTIFICATION OF SERVICE** |

    LuAnne Campana, of full age, hereby certifies and says:

    1.  I am a legal assistant with the law firm of Greenberg Dauber Epstein & Tucker, P.C., counsel for Plaintiffs in the above matter.

    2.  On March 11, 2022, I caused to be filed via ECF the following documents: Notice of Motion for Preliminary Injunctive Relief, Memorandum of Law, Declaration of Linda G. Harvey, Esq., Declaration of Avi Avraham Zinger, proposed form of Order and this Certification.

    3.  On March 11, 2022, I served a filed copy of the above-mentioned documents to counsel for the Defendants, Gary A. Bornstein, Esq., via e-mail and Federal Express.

    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*LuAnne Campana*
_____
                LuAnne Campana

Dated:  March 11, 2022