

Jennifer A. Hradil
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4495 Fax: 973-639-6487
jhradil@gibbonslaw.com

March 17, 2022

**VIA ECF**

Honorable Esther Salas
United States District Judge
Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

    Re: *Zinger et al. v. Ben & Jerry's Homemade, Inc. et al*,
        **2:22-cv-01154-ES-JBC**

Dear Judge Salas:

    This firm is co-counsel, along with Cravath, Swaine & Moore LLP, for defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc., and Conopco, Inc. ("Defendants") in the above-captioned matter. Plaintiffs' motion for preliminary injunctive relief was filed on March 11, 2022 (the "Motion"), and is currently returnable on April 4, 2022. Pursuant to Rule 7.1(d), Defendants' opposition to the Motion is currently due on March 21, 2022, and Plaintiffs' reply is currently due on March 28, 2022. Defendants have requested, and Plaintiffs have consented to, a brief extension of the briefing schedule in connection with this Motion, extending Defendants' deadline to oppose the Motion to March 29, 2022, and extending Plaintiffs' reply deadline to April 5, 2022. Because Plaintiffs' counsel is unavailable from April 13, 2022 until April 24, 2022, the parties request that the return date for the Motion be set for April 12, 2022, or an alternate date that pleases the Court.

    This is the first extension sought by any party. If the foregoing meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space indicated below. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact us. Thank you very much for your consideration of this request.

GIBBONS P.C.

March 17, 2022
Page 2

                                             Respectfully submitted,

                                             s/ Jennifer A. Hradil
                                             Jennifer A. Hradil, Esq.
                                             **GIBBONS P.C.**
                                             One Gateway Center
                                             Newark, NJ 07102-5310
                                             (973) 596-4595
                                             jhradil@gibbonslaw.com

So Ordered: _____
                Hon. Esther Salas, U.S.D.J.

cc:    All Counsel (by ECF)