Edward J. Dauber, Esq.
Linda G. Harvey, Esq.
GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
One Gateway Center, Suite 600
Newark, New Jersey 07102
edauber@greenbergdauber.com
lharvey@greenbergdauber.com
(973) 643-3600

*Attorneys for Plaintiffs Avi Avraham Zinger and
American Quality Products Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI AVRAHAM ZINGER, and AMERICAN QUALITY PRODUCTS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC. and CONOPCO, INC., <br><br> Defendants. | Civil Case No.: 2:22cv01154(ES)(JBC) <br><br> **NOTICE OF MOTION ON CONSENT FOR PRO HAC VICE ADMISSION FOR L. RACHEL LERMAN** |

TO:    Gary A. Bornstein
          Cravath Swaine & Moore LLP
          Worldwide Plaza
          825 Eighth Avenue
          New York, NY 10019-7475
          212-474-1000
          gbornstein@cravath.com

          Jennifer A. Hradil, Esq.
          Gibbons P.C.
          One Gateway Center
          Newark,, New Jersey 07102
          973-596-4495
          jhradil@gibbonslaw.com

Thomas R. Valen, Esq.
Gibbons P.C.
One Gateway Center
Newark,, New Jersey 07102
973-596-4885
tvalen@gibbonslaw.com

Andrew J. Marino, Esq.
Gibbons P.C.
One Gateway Center
Newark,, New Jersey 07102
973-596-4683
amarino@gibbonslaw.com

PLEASE TAKE NOTICE that on a date and time to be set by the Court, the undersigned attorneys for Plaintiffs in the above-captioned matter, shall move before the United States District Court for the District of New Jersey for an Order permitting L. Rachel Lerman, Esq. to appear and participate *pro hac vice* in the above-captioned matter.

TAKE FURTHER NOTICE in support hereof, we will rely upon the Certifications of Linda G. Harvey, Esq. and Alyza D. Lewin, Esq. submitted herewith.

TAKE FURTHER NOTICE that counsel for the defendant consents to the pro hac vice admission and a proposed form of Order admitting counsel pro hac vice accompanies this motion.

Dated: March 21, 2022

    Respectfully submitted,

    GREENBERG DAUBER EPSTEIN & TUCKER,
    A Professional Corporation

    */s/Linda G. Harvey*

    Linda G. Harvey
    One Gateway Center, Suite 600
    Newark, NJ 07102-5311
    Telephone 973-643-3700
    Facsimile 973-643-1218
    Email: lharvey@greenbergdauber.com

*Of Counsel:*
Nathan Lewin, *Pro Hac Vice* application forthcoming.
LEWIN & LEWIN, LLP
888 17th Street, NW
Fourth Floor
Washington, DC 20006
(202)828-1000

L. Rachel Lerman, *Pro Hac Vice* application
Alyza D. Lewin,  *Pro Hac Vice* application forthcoming.
The Louis D. Brandeis Center
For Human Rights Under Law
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
(202)559-9296

L. Marc Zell, Adv., *Pro Hac Vice* application forthcoming.
Zell, Aron & Co.
34 Ben Yehuda Street
15th Floor
Jerusalem 9423001
ISRAEL
Tel.:  +972-2-633-6300
Email:  mzell@fandz.com