Edward J. Dauber, Esq.
Linda G. Harvey, Esq.
GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
One Gateway Center, Suite 600
Newark, New Jersey 07102
edauber@greenbergdauber.com
lharvey@greenbergdauber.com
(973) 643-3700

*Attorneys for Plaintiffs Avi Avraham Zinger and American Quality Products Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AVI AVRAHAM ZINGER,** and **AMERICAN QUALITY PRODUCTS LTD.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC.** and **CONOPCO, INC.,**<br><br>Defendants. | Civil Case No.: 2:22cv01154(ES)(JBC)<br><br>**DECLARATION OF**<br>**L. RACHEL LERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, L. Rachel Lerman, hereby certify and say:

1.  I am an attorney at law with The Louis D. Brandeis Center for Human Rights Under Law, with offices located at 1717 Pennsylvania Avenue, NW, Suite 1025, Washington, DC 20006, with a telephone number of (202) 559-9296. I make this Declaration in support of my request to be admitted pro hac vice in this matter.

2.  I am a member in good standing of the bar of the following courts:

| Court | Admission Year | Name and address of the official or office maintaining the roll of such members |
|---|---|---|
| State of California | | Supreme Court of California<br>350 McAllister Street, Room 1295<br>San Francisco, CA 94102 |
| U.S. Court of Appeals, 9th Circuit | | U.S. Court of Appeals, 9th Circuit<br>95 Seventh Street<br>San Francisco, CA 94103 |

3. I attach my State of California Certificate of Good Standing as Ex. A.

4. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5. My clients are located in Israel and have requested that I represent them in the New Jersey District Court.

6. As a condition of my admission, I agree to have all pleadings, briefs, and other papers filed with the Court signed by the attorneys of record, Edward J. Dauber, Esq. or Linda G. Harvey Esq, who are authorized to practice law before the United States District Court, District of New Jersey.

7. As a condition of my admission, I agree to be bound by and comply with the requirements of all applicable rules and to pay all fees required by Rule 1:201(b), the Lawyers Fund for Client Protection, pursuant to Rule 1:28-2, and the Lawyers Assistance Program, pursuant to Rule 1:2801(e).

7. I will immediately notify the Court of any matter affecting my standing at the bar of this or any other Court.

8. Under Rule 1:212(b)(3) and for the reasons stated above, there is good cause for my approval of pro hac vice admission and I respectfully request to be admitted for participation in this matter.

I certify under penalty that the foregoing is true and correct.

Executed on March 18, 2022.

*L. Rachel Lerman* /exp
L. Rachel Lerman, Esq.

# EXIIBIT A

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

March 14, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, L. RACHEL LERMAN HELYAR, #193080 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1997; that at her request, on October 10, 2011, her name was changed to LORA RACHEL LERMAN on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records