Edward J. Dauber, Esq.
Linda G. Harvey, Esq.
GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
One Gateway Center, Suite 600
Newark, New Jersey 07102
edauber@greenbergdauber.com
lharvey@greenbergdauber.com
(973) 643-3600

*Attorneys for Plaintiffs Avi Avraham Zinger and
American Quality Products Ltd.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AVI AVRAHAM ZINGER,** and **AMERICAN QUALITY PRODUCTS LTD.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC.** and **CONOPCO, INC.,**<br><br>Defendants. | Civil Case No.: 2:22cv01154(KM)(JBC)<br><br>**DECLARATION OF LINDA G. HARVEY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, LINDA G. HARVEY, ESQ., hereby certify and say:

1.  I am an attorney at law licensed to practice in the State of New Jersey and a member of the firm of Greenberg Dauber Epstein & Tucker, a Professional Corporation ("the Firm"), counsel for the plaintiffs in the above-captioned matter. I make this Certification in support of Plaintiffs' motion to admit L. Rachel Lerman, Esq. *pro hac vice* in this matter.

2.	The Firm maintains a bona fide office for the practice of law at One Gateway Center, Suite 600 in Newark, New Jersey. The Firm and its members, including myself, are qualified to practice in New Jersey pursuant to Rule 1:21-1.

3.	The Firm is sponsoring this application for pro hac vice admission. For purposes of this litigation, Greenberg Dauber Epstein & Tucker, P.C., is acting as local counsel for the Plaintiffs, and Alyza D. Lewin, Esq. and L. Rachel Lerman, both of The Louis D Brandeis Center for Human Rights Under Law, Nathan Lerman of the firm Lewin & Lewin, LLP, and L. Marc Zell, an Israeli attorney, are general and lead counsel.

4.	As set forth in the respective certification of Ms. Lerman she is a member of the bars of California and the Ninth Circuit of Appeals, and she is in good standing with each of those courts. Ms. Lewin has not had any discipline imposed on her in any jurisdiction; no disciplinary proceedings are pending against her, and she has agreed to comply with all of the provisions of Rules 1:21-2, 1:20-1(b), 1:28-2 and 1:28B01(e).

5.	Should this Court determine to admit Ms. Lerman to appear and participate *pro hac vice*, I or another member of my firm will sign all pleadings, briefs or other papers filed with the Court; will file papers, enter appearances, sign stipulations, or sign and receive payments on judgments, decrees or orders on behalf of the defendant, and will promptly notify Ms. Lewin of this Firm's receipt of any notices, orders or pleadings in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2022

_____
Linda G. Harvey