Edward J. Dauber, Esq.
Linda G. Harvey, Esq.
GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
One Gateway Center, Suite 600
Newark, New Jersey 07102
edauber@greenbergdauber.com
lharvey@greenbergdauber.com
(973) 643-3600

*Attorneys for Plaintiffs Avi Avraham Zinger and
American Quality Products Ltd.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AVI AVRAHAM ZINGER,** and **AMERICAN QUALITY PRODUCTS LTD.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC.** and **CONOPCO, INC.,**<br><br>Defendants. | Civil Case No.: 2:22cv01154(ES)(JBC)<br><br>**ORDER GRANTING PRO HAC VICE ADMISSION FOR L. RACHEL LERMAN** |

THIS MATTER being brought before the Court by Greenberg Dauber Epstein & Tucker, a Professional Corporation, attorneys for Plaintiffs in the above-captioned matter, upon application for admission *pro hac vice* of L. Rachel Lerman, Esq., and and the Court having reviewed submissions of the parties; and upon good cause being shown for the making and granting of this Order;

IT IS on this ___ day of _____, 2022, ORDERED as follows:

1. L. Rachel Lerman, Esq. is hereby, pursuant to L. Civ. R. 101(c), admitted to practice before this Court *pro hac vice* to participate in this matter.

2. L. Rachel Lerman, Esq. shall make a payment to the New Jersey Lawyers' Fund for Client Protection ("the Fund") as provided by New Jersey Court Rule 1:28-2(a) and shall continue to make such payment to the Fund for any year in which she continues to represent a client in a matter pending in this Court.

3. The Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection.

4. All notices, orders and pleadings shall be served on a member of the bar of this Court who has been designated counsel of record, who in this case is Linda G. Harvey, Esq, a member of Greenberg Dauber Epstein & Tucker, a Professional Corporation.

5. Ms. Harvey shall promptly notify L. Rachel Lerman, Esq. of her receipt of any notices, orders or pleadings.

6. Only an attorney at law of this Court, in this case an attorney from the law firm of Greenberg Dauber Epstein and Tucker, may file papers, enter appearances, sign stipulations, or sign and receive payments on judgments, decrees or orders on behalf of Plaintiff.

7. L. Rachel Lerman, Esq. shall not take a fee in any tort case in this Court in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. L. Rachel Lerman, Esq. is deemed within the disciplinary jurisdiction of this Court and shall abide by all of the rules governing the United States District Court for the District of New Jersey, including all disciplinary rules.

9. L. Rachel Lerman, Esq. shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings and failure to do so may result in the imposition of sanctions, including the withdrawal of permission to participate in this action pro hac vice.

10. All applications for adjournment shall be made promptly and directed to the Judge or Magistrate Judge to whom this matter is assigned.

11. L. Rachel Lerman, Esq. shall notify this Court immediately of any matter affecting her standing at the bar of any other Court.

12. A copy of the within Order shall be deemed served on all counsel of record upon it being uploaded to ECF.

_____
Honorable Esther Salas
UNITED STATES JUDGE