

Jennifer A. Hradil
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4495 Fax: 973-639-6487
jhradil@gibbonslaw.com

March 23, 2022

**VIA ECF**

Honorable Esther Salas
United States District Judge
Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

      Re: ***Zinger et al. v. Ben & Jerry's Homemade, Inc. et al.*,
          2:22-cv-01154-ES-JBC**

Dear Judge Salas:

    This firm is co-counsel, along with Cravath, Swaine & Moore LLP, for Defendants Ben & Jerry's Homemade, Inc. ("B&J"), Unilever United States, Inc. ("UNUS") and Conopco, Inc. ("Conopco") in the above-captioned matter.

    Plaintiffs effected service of process on B&J on March 7, 2022, and effected service of process on UNUS and Conopco on March 8, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the initial deadline to answer or otherwise respond to Plaintiffs' Complaint is currently March 28, 2022. Due to the pending preliminary injunction motion (*see* Dkt. 4), Defendants have requested, and Plaintiffs have consented to, an extension of Defendants' time to answer or otherwise respond to the Complaint to May 2, 2022. No previous extension of time has been requested or received with respect to Defendants' time to answer or respond to the Complaint.

    If the foregoing meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space indicated below. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact us. Thank you for your consideration of this request.

New Jersey  New York  Pennsylvania  Delaware  Washington, DC  Florida      gibbonslaw.com

GIBBONS P.C.

March 23, 2022
Page 2

Respectfully submitted,

s/ Jennifer A. Hradil
Jennifer A. Hradil, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4595
jhradil@gibbonslaw.com

So Ordered: _____
~~Hon. Esther Salas, U.S.D.J.~~
Hon. James B. Clark, III, USMJ
dated: 3/24/2022

cc:   All Counsel (by ECF)