UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI AVRAHAM ZINGER and AMERICAN QUALITY PRODUCTS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC. and CONOPCO, INC., <br><br> Defendants. | Civil Action No.: 2:22-cv-01154 (ES)(JBC) <br><br> *Document Electronically Filed* <br><br> **ORDER GRANTING** <br> ***PRO HAC VICE*** **ADMISSION** <br> **OF JEFFREY L. NAGEL** |

**THIS MATTER** having been brought before the Court by Defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc., and Conopco, Inc., by and through its attorneys, Gibbons P.C., for entry of an Order admitting Jeffrey L. Nagel of Gibbons P.C. as counsel *pro hac vice* for Defendants pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting certifications of counsel; and Plaintiffs having consented to this application; and for good cause shown;

**IT IS** on this 25th day of March 2022, hereby

**ORDERED** that Defendants' application is granted, and Jeffrey L. Nagel is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Jeffrey L. Nagel shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Jeffrey L. Nagel shall make payment to the New Jersey Lawyers' Fund

for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Jeffrey L. Nagel shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be responsible for them and for the conduct of Jeffrey L. Nagel.

_____
Honorable James B. Clark, III, U.S.M.J.