# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI AVRAHAM ZINGER and AMERICAN QUALITY PRODUCTS LTD.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC. and CONOPCO, INC.,<br>                            Defendants. | **Civ. No. 2:22-cv-01154-ES-JBC**<br><br>**Hon. Esther Salas**<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Day: June 6, 2022 |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on June 6, 2022, at 9:00 A.M., or as soon thereafter as this matter may be heard, Defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc. and Conopco, Inc. ("Defendants"), by and through their undersigned counsel, shall move before the Honorable Esther Salas, U.S.D.J., at the Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing the Complaint filed by Avi Avraham Zinger and American Quality Products Ltd. in its entirety, and granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Defendants shall rely upon the accompanying Memorandum of Law and the declaration of Gary A. Bornstein, dated May 2, 2022, with exhibits annexed thereto, filed herewith.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Respectfully submitted,
BEN & JERRY'S HOMEMADE, INC.,
UNILEVER UNITED STATES, INC. and
CONOPCO, INC.

By their attorneys,

*/s/ Jennifer A. Hradil*
Jennifer A. Hradil
Thomas R. Valen
Jeffrey L. Nagel (admitted *pro hac vice*)
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
jhradil@gibbonslaw.com
jnagel@gibbonslaw.com
tvalen@gibbonslaw.com

        Gary A. Bornstein (admitted *pro hac vice*)
        Yonatan Even (admitted *pro hac vice*)
        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, NY 10019
        gbornstein@cravath.com
        yeven@cravath.com