# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI AVRAHAM ZINGER and AMERICAN QUALITY PRODUCTS LTD.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>BEN & JERRY'S HOMEMADE, INC., UNILEVER UNITED STATES, INC. and CONOPCO, INC.,<br><br>　　　　　　　　　　Defendants. | **Civ. No. 2:22-cv-01154-ES-JBC**<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

　　　　Upon consideration of (i) Defendants' Motion to Dismiss and the accompanying Memorandum in Support of Motion to Dismiss; (ii) the Declaration of Gary Bornstein, dated May 2, 2022, and the exhibits attached thereto; (iii) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss; and (iv) Defendants' Reply,

　　　　And FINDING that Plaintiffs have failed to plead sufficient facts to state a claim for which relief may be granted,

　　　　IT IS ON THIS ___ DAY OF _____, 2022,

　　　　ORDERED that Plaintiffs' Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted.

BY THE COURT:

_____
HON. ESTHER SALAS
Judge, U.S. District Court