## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI AVRAHAM ZINGER and<br>AMERICAN QUALITY PRODUCTS LTD.,<br><br>  Plaintiffs,<br><br>v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br>UNILEVER UNITED STATES, INC. and<br>CONOPCO, INC.,<br><br>  Defendants. | Civil Action No.: 2:22-cv-01154 (ES)(JBC)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

1. I am an attorney at law admitted to practice before this Court and a Director of the firm of Gibbons P.C., attorneys for Ben & Jerry's Homemade, Inc., Unilever United States, Inc. and Conopco, Inc., in the above-captioned matter.

2. On May 2, 2022, the following documents were electronically filed with the Clerk of the Court:

   a. Notice of Motion to Dismiss Plaintiffs' Complaint

   b. Defendants' Memorandum of Law in Support of its Motion to Dismiss;

   c. Proposed Order

   d. Declaration of Gary A. Bornstein, Esq. with Exhibits; and

   e. this Certificate of Service;

and were served upon all Counsel via CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Dated: May 2, 2022<br>Newark, New Jersey | s/ Jennifer A. Hradil<br>Jennifer A. Hradil, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone:  (973) 596-4495<br>Facsimile:   (973) 639-6487<br>jhradil@gibbonslaw.com<br>*Attorneys for Defendants* |