

Jennifer A. Hradil
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4495 Fax: 973-639-6487
jhradil@gibbonslaw.com

May 26, 2022

**VIA ECF**

Honorable Esther Salas
United States District Judge
Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

    Re:  *Zinger et al. v. Ben & Jerry's Homemade, Inc. et al*,
           2:22-cv-01154-ES-JBC

Dear Judge Salas:

      This firm is co-counsel, along with Cravath, Swaine & Moore LLP, for defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc., and Conopco, Inc. (collectively, "Defendants") in the above-captioned matter. On May 23, 2022, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss, and they simultaneously filed a Cross-Motion to Stay Litigation Pending Arbitration. (Dkt. 44.) Defendants, whose reply is currently due Tuesday, May 31, 2022, L. Civ. R. 7.1(d)(3), respectfully request a modest one-week extension to file their Reply to Plaintiffs' Opposition and their Response to Plaintiffs' Cross-Motion to Stay to Tuesday, June 7, 2022, which will give Defendants ample time to consider the merits of Plaintiffs' Cross-Motion to Stay. *See* L. Civ. R. 7.1(h). Plaintiffs have consented to this request. The Court previously granted an extension on Defendants' time to answer or otherwise respond to the Complaint while the parties were briefing Plaintiffs' Motion for Preliminary Injunction. (Dkt. 29.)

      If the foregoing meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space indicated below. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact us. Thank you for your consideration of this request.

GIBBONS P.C.

May 26, 2022
Page 2

Respectfully submitted,

s/ Jennifer A. Hradil
Jennifer A. Hradil, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4595
jhradil@gibbonslaw.com

So Ordered:

_____
Hon. Esther Salas, U.S.D.J.
May 27, 2022

cc:   All Counsel (by ECF)