

Jennifer A. Hradil
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4495 Fax: 973-639-6487
jhradil@gibbonslaw.com

June 7, 2022

**VIA ECF**

Honorable Esther Salas
United States District Judge
Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

      Re:   *Zinger et al. v. Ben & Jerry's Homemade, Inc. et al.*,
              2:22-cv-01154-ES-JBC

Dear Judge Salas:

      This firm is co-counsel, along with Cravath, Swaine & Moore LLP, for defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc., and Conopco, Inc. (collectively, "Defendants") in the above-captioned matter. Enclosed for the Court's consideration and entry is a Stipulation and Proposed Order Regarding Stay of Proceedings.

      If Your Honor has any questions or concerns, please do not hesitate to contact us.

                                                            Respectfully submitted,

                                                             s/ Jennifer A. Hradil
                                                             Jennifer A. Hradil, Esq.
                                                             **GIBBONS P.C.**
                                                             One Gateway Center
                                                            Newark, NJ 07102-5310
                                                            (973) 596-4595
                                                            jhradil@gibbonslaw.com

Enclosure
cc:   All Counsel (via ECF)