## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

AVI AVRAHAM ZINGER and AMERICAN
QUALITY PRODUCTS LTD.,

                                  Plaintiffs,                      Civ. No. 2:22-cv-01154-ES-JBC

-against-                                                 Hon. Esther Salas

BEN & JERRY'S HOMEMADE, INC.,             **STIPULATION OF DISMISSAL**
UNILEVER UNITED STATES, INC. and             **WITH PREJUDICE**
CONOPCO, INC.,

                                Defendants.

-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Avi Avraham Zinger ("Zinger") and American Quality Products, Ltd. (together with Zinger, "Plaintiffs"), and Defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc. and Conopco, Inc., by and through their undersigned counsel, that all claims by Plaintiffs are hereby dismissed with prejudice and without costs or fees assessed against any party.

Dated: June 30, 2022

| **GREENBERG DAUBER EPSTEIN & TUCKER** | **GIBBONS P.C.** |
|---|---|
| */s/Edward J. Dauber* | /s/ Jennifer A. Hradil |
| Edward J. Dauber | Jennifer A. Hradil |
| Linda G. Harvey | Thomas R. Valen |
| GREENBERG DAUBER EPSTEIN & TUCKER | Jeffrey L. Nagel (admitted *pro hac vice*) |
| | GIBBONS P.C. |
| One Gateway Center | One Gateway Center |
| Newark, NJ 07102-5310 | Newark, NJ 07102-5310 |
| edauber@greenbergdauber.com | jhradil@gibbonslaw.com |
| lharvey@greenbergdauber.com | jnagel@gibbonslaw.com |
| | tvalen@gibbonslaw.com |

| | |
|---|---|
| Nathan Lewin (admitted *pro hac vice*)<br>LEWIN & LEWIN, LLP<br>888 17th Street NW, Fourth Floor<br>Washington, DC 20006<br>nat@lewinlewin.com | Gary A. Bornstein (admitted *pro hac vice*)<br>Yonatan Even (admitted *pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>gbornstein@cravath.com<br>yeven@cravath.com |
| L. Rachel Lerman (admitted *pro hac vice*)<br>Alyza D. Lewin (admitted *pro hac vice*)<br>THE LOUIS D. BRANDEIS CENTER<br>FOR HUMAN RIGHTS UNDER LAW<br>1717 Pennsylvania Avenue NW, Suite 1025<br>Washington, DC 20006<br>rlerman@brandeiscenter.com<br>alewin@brandeiscenter.com | *Attorneys for Defendants* |
| L. Marc Zell (admitted *pro hac vice*)<br>ZELL, ARON, & CO.<br>34 Ben Yehuda Street, 15th Floor<br>Jerusalem 9423001<br>ISRAEL<br>mzell@fandz.com | |

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. ESTHER SALAS
UNITED STATES DISTRICT JUDGE