# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

AVI AVRAHAM ZINGER and AMERICAN
QUALITY PRODUCTS LTD.,

                                              Plaintiffs,                  Civ. No. 2:22-cv-01154-ES-JBC

-against-                                                   Hon. Esther Salas

BEN & JERRY'S HOMEMADE, INC.,         **STIPULATION OF DISMISSAL**
UNILEVER UNITED STATES, INC. and          **WITH PREJUDICE**
CONOPCO, INC.,

                                             Defendants.

-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Avi Avraham Zinger ("Zinger") and American Quality Products, Ltd. (together with Zinger, "Plaintiffs"), and Defendants Ben & Jerry's Homemade, Inc., Unilever United States, Inc. and Conopco, Inc., by and through their undersigned counsel, that all claims by Plaintiffs are hereby dismissed with prejudice and without costs or fees assessed against any party.

Dated: June 30, 2022

| | |
|---|---|
| **GREENBERG DAUBER EPSTEIN & TUCKER** | **GIBBONS P.C.** |
| */s/Edward J. Dauber* | /s/ Jennifer A. Hradil |
| Edward J. Dauber | Jennifer A. Hradil |
| Linda G. Harvey | Thomas R. Valen |
| GREENBERG DAUBER EPSTEIN & TUCKER | Jeffrey L. Nagel (admitted *pro hac vice*) |
| One Gateway Center | GIBBONS P.C. |
| Newark, NJ 07102-5310 | One Gateway Center |
| edauber@greenbergdauber.com | Newark, NJ 07102-5310 |
| lharvey@greenbergdauber.com | jhradil@gibbonslaw.com |
| | jnagel@gibbonslaw.com |
| | tvalen@gibbonslaw.com |

Nathan Lewin (admitted *pro hac vice*)
LEWIN & LEWIN, LLP
888 17th Street NW, Fourth Floor
Washington, DC 20006
nat@lewinlewin.com

L. Rachel Lerman (admitted *pro hac vice*)
Alyza D. Lewin (admitted *pro hac vice*)
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
rlerman@brandeiscenter.com
alewin@brandeiscenter.com

L. Marc Zell (admitted *pro hac vice*)
ZELL, ARON, & CO.
34 Ben Yehuda Street, 15th Floor
Jerusalem 9423001
ISRAEL
mzell@fandz.com

*Attorneys for Plaintiffs*

Gary A. Bornstein (admitted *pro hac vice*)
Yonatan Even (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
gbornstein@cravath.com
yeven@cravath.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2022

**SO ORDERED.**

The Clerk of the Court shall mark this matter as **CLOSED.**

_____
Hon. Esther Salas, U.S.D.J.
Date: July 1, 2022